

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-18-00893-CR

Ryan Stephen **KIDD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7803
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

### CORRECTED ORDER

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on May 16, 2019. *See* TEX. R. APP. P. 38.6(a). After the twice-extended due date, Appellant filed the brief and a motion for a three-day extension of time to file the brief.

Appellant's third motion is GRANTED. Appellant's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court